# Court of Appeals
# of the State of Georgia

ATLANTA,  July 22, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2348. VILGENALT SANON v. LATOYA RILEY.

Following the dismissal of all claims in this civil case, the defendant, Vilgenalt Sanon, filed a motion for attorney fees pursuant to OCGA § 9-15-14. The trial court denied the motion, and Sanon filed this direct appeal. We lack jurisdiction.

Appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). Sanon's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840 (560 SE2d 730) (2002); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/22/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.